# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                        CASE NO. 3:06cr51/LAC

ROBERT JEFFREY HARRIS

_____/

## AMENDMENT TO ORDER SETTING TRIAL

IT IS ORDERED that section A (1) of the Order of this Court entered May 24, 2006 (doc #12), shall be amended as follows:

A. (1)   This case shall be tried <u>DURING THE TRIAL TERM BEGINNING **MONDAY, JULY 10, 2006 @ 9:00 AM**</u> in Pensacola, Florida, with jury selection to begin at 9:00 AM on that date.

In all other aspects, this Court's original order setting trial remains in full force and effect.

**ORDERED** this 30th day of June, 2006.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge