UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                        CASE NO.  3:06cr51LAC

ROBERT JEFFREY HARRIS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____July 10, 2006_____
Motion/Pleadings___MOTION TO REQUEST SUPPRESSION HEARING_____
Filed by DEFANDANT_____ on _7/9/2006_____ Doc.# 29_____
RESPONSES:
                                                        on _____ Doc.# _____
                                                        on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                                     Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 25th day of July, 2006, that:*
*(a) The relief requested is **MOOT**.*
*(b) _____*

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.