# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 3:06cr51LAC

ROBERT JEFFREY HARRIS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    July 27, 2006

Motion/Pleadings    MOTION IN LIMINE TO BAR USE OF 404-b EVIDENCE AND TESTIMONY OF DARYL LEWIS

Filed by DEFENDANT      on 7/19/2006      Doc.# 48

RESPONSES:

BY GOVERNMENT      on 7/24/2006      Doc.# 55

                             on      Doc.#

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

                           WILLIAM M. McCOOL, CLERK OF COURT

                           *s/Mary Maloy*

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2006, that:*

*(a) The relief requested is* **DENIED. MOOT.**

*(b) Defendant pled guilty.*

                                               s/*L.A. Collier*
                                             **LACEY A. COLLIER**
                                          *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.