# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                            CASE NO.  3:06cr51LAC

ROBERT JEFFREY HARRIS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___July 27, 2006___
Motion/Pleadings___MOTION IN LIMINE TO BAR USE OF 404-b EVIDENCE___
Filed by___DEFENDANT___ on ___7/25/2006___ Doc.# ___57___
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2006, that:*

*(a) The relief requested is **DENIED.  MOOT.***

*(b) Defendant pled guilty.*

s/ *L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.