UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                  CASE NO. 3:06cr51LAC

ROBERT JEFFREY HARRIS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___July 24, 2006___
Motion/Pleadings ___MOTIONS TO SUPPRESS___
Filed by DEFENDANT                         on  7/9/2006 & 7/24/2006    Doc.#  30, 46 & 51
RESPONSES:
BY GOVERNMENT                              on  7/21/2006                      Doc.#  50
                                           on                                 Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*
LC (1 OR 2)                                Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2006, that:*

*(a) The relief requested is **DENIED. MOOT.***
*(b) The defendant pled guilty.*

                                           s/*L.A. Collier*
                                           ***LACEY A. COLLIER***
                                           ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.