UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                              CASE NO. 3:06-CR-51-001/LAC

ROBERT J. HARRIS

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Robert Jeffrey Harris #06424-017_ (Payee)
Address:   USP Coleman I
           PO Box 1033
           Coleman, FL 33521

Receipt Number  B060809DFLN306CR000051

Date of Receipt  07/10/09

Motion: N/A

Explanation: Robert Harris' $200.00 special assessment was paid in full on 6/24/09. The Clerk's office received $25.00 on the June 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Harris does not owe any additional money. Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_____
              Philip Detweiler, Financial Specialist        Date:  August 6, 2009

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 6th day of August, 2009, that the Clerk refund the identified funds to the payee.

APPROVED____X_____

DENIED_____           _s/L.A. Collier_____
                                 LACEY A. COLLIER
                                 SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99